**Denied and Opinion Issued January 27, 2022**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-01111-CV**

**IN RE CAMILIA JONES, Relator**

**Original Proceeding from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-07710**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Carlyle
Opinion by Justice Carlyle

Before the Court are relator's January 10, 2022 petition for writ of mandamus

and motion for emergency stay and real party's January 14, 2022 response and

motion to expedite.

Entitlement to mandamus relief requires relator to show that the trial court

clearly abused its discretion and that relator lacks an adequate appellate remedy. *In*

*re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition, record, and response, we conclude relator has

failed to demonstrate an entitlement to mandamus relief. Accordingly, we deny the

petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We deny relator's motion

for emergency stay and real party's motion to expedite as moot.

21111f.p05

/Cory L. Carlyle//
CORY L. CARLYLE
JUSTICE